*Wayne Circuit—In Chancery.*

## MARY CARRIER

### vs.

## NATHANIEL CARRIER.

*Divorce—Presence of Complainant at the Hearing.*

By the Court, JENNISON, J.:   This case has been pending for four years.

Complainant's counsel asks for her a decree of divorce, and asserts that she is in New York, and cannot conveniently get here.

If she doesn't think it worth while to come to Detroit, I am not willing to grant her a divorce.

Complainants should appear and be sworn, and give their testimony in open court, as an evidence of their good faith.